

FILED
SEP 0 5 2012
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EXTRADITION OF | ) NO. 2:12-MJ-0226 GGH |
| GILBERT PAREDES VIGIL, | ) ORDER UNSEALING THE COMPLAINT AND ) ORDER AUTHORIZING PROVISIONAL |
| Fugitive. | ) ARREST |

The complaint and order in this case having been sealed by this Court on September 4, 2012, and it appearing that they no longer need to remain secret based on the subject's arrest,

IT IS HEREBY ORDERED that the complaint and order be unsealed and made public record.

DATED: Sept 5, 2012

GREGORY G. HOLLOWS
United States Magistrate Judge