Daniel M. Karalash
Strategic Law Command
1207 Front Street, Suite 15
Sacramento, CA 95814

Email: dan@stratlaw.org
Tel: (916) 787-1234
Fax: (916) 520-3920

Attorney for Defendant

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF ADOLFO GILBERT PAREDES VIGIL. | Case No.: 2:12-MJ-0226 GGH<br><br>STIPULATION AND ORDER TO CONTINUE THE OCTOBER 3, 2012 HEARING FOR ONE WEEK TO OCTOBER 10, 2012. |

    THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, hereby stipulate as follows:

    On September 5, 2012, ADOLFO GILBERT PAREDES VIGIL was brought before this court on a Complaint for Provisional Arrest with a View Towards Extradition. The matter was set for a hearing regarding extradition, to be heard on October 3, 2012. Mr. PAREDES has remained in custody since that time.

On or about September 28, 2012 counsel for the Government sent by email a pdf copy of the documents received from Sweden to counsel for Mr. Paredes. Counsel for Mr. Paredes received paper copy of the documents in his office on October 1, 2012.

Counsel for Mr. Paredes has requested time to fully review and prepare for the extradition hearing. Counsel for Mr. Paredes had hoped to have at least one full week to review and prepare after having received the documents from Sweden.

So that counsel for Mr. Paredes can be fully prepared, the parties are in agreement that the hearing currently scheduled for October 3, 2012 be continued to October 31, 2012. Neither party is prejudiced by this short continuance.

IT IS HEREBY STIPULATED AND AGREED between the parties though their respective attorneys of record as follows: The hearing currently scheduled in the above-entitled matter for October 3, 2012 at 9:00 a.m. will be continued to October 31, 2012 at 9:00 a.m. in the same courtroom.

Dated: October 1, 2012                        Strategic Law Command


  /s/ Daniel M. Karalash
Daniel M Karalash
Attorney for Adolfo Paredes

Dated: October 1, 2012                        BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

/s/ Michelle Prince
Michelle A. Prince
Assistant United States Attorney.

**ORDER**

The Extradition hearing for ADOLFO GILBERT PAREDES VIGIL currently scheduled for October 3, 2012 is ORDERED continued to October 31, 2012 at 9:00 a.m.

/s/ Gregory G. Hollows

Gregory G. Hollows
Magistrate Judge